**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

| | |
|---|---|
| IN RE: | Case No.: 16-23384 |
| | Chapter: 13 |
| Chatchai Paungsombat | Hearing Date: 01/15/2020 |
| Debtor | Judge Jack B. Schmetterer |

## AMENDED NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
 by electronic notice through ECF
Chatchai Paungsombat, Debtor, 7557 N Waukegan, Niles, IL 60714
Patcharin Sirirak, Co-Debtor, 7557 Waukegan Rd, Niles, IL 60714
David H Cutler, Attorney for Debtor, 4131 Main St., Skokie, IL 60076
 by electronic notice through ECF

PLEASE TAKE NOTICE that on 01/15/2020, at 10:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jack B. Schmetterer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 682, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present the Motion for Relief from the Automatic Stay and Co-Debtor Stay, previously filed and served on 12/23/19, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on January 2, 2020 and as to the Debtor and Co-Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 2, 2020.

　　　　　　　　　　　　　　　　　　　　 /s/ Grant Simmons
　　　　　　　　　　　　　　　　　　　　Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-16-09433**
NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Amended Notice upon the parties listed below, as to the Trustee and Debtor's Attorney via electronic notice on January 2, 2020 and as to the Debtor and Co-Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 2, 2020.

    Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
     by electronic notice through ECF
    Chatchai Paungsombat, Debtor, 7557 N Waukegan, Niles, IL 60714
    Patcharin Sirirak, Co-Debtor, 7557 Waukegan Rd, Niles, IL 60714
    David H Cutler, Attorney for Debtor, 4131 Main St., Skokie, IL 60076
     by electronic notice through ECF

                                            /s/ Grant Simmons
                                          Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-16-09433**

NOTE: This law firm is a debt collector.